IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WENDY PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-137 Erie |
| ) | |
| FRONTIER PHARMACY, INC. ) | |
| and THOMAS TOALE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 7th day of September, 2005, the parties having reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk mark this case administratively closed.

s/ Sean J. McLaughlin
United States District Judge

cm: All counsel of record.