**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WENDY PERRY,<br>    Plaintiff<br><br>          v.<br><br>FRONTIER PHARMACY, INC. and<br>THOMAS TOALE,<br>    Defendants | No:    137 - 2005 ERIE<br><br><br>**TRIAL BY JURY DEMANDED** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO**

**FED.R.CIV.P. RULE 41(a)(1)(i)**

AND NOW, come the Plaintiff, Wendy Perry ("Perry"), by and through her counsel, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc. and files the within voluntary dismissal, with prejudice, of Plaintiff's claims as to all Defendants in the above-captioned action, each party to bear its own fees and costs.

          Respectfully submitted,

          QUINN, BUSECK, LEEMHUIS,
          TOOHEY AND KROTO, INC.

          By    /s/Arthur D. Martinucci
                Arthur D. Martinucci
                Pa. I.D. #63699
                2222 West Grandview Blvd.
                Erie, Pennsylvania 16506
                (814) 833-2222
                Attorneys for Plaintiff,
                Wendy Perry.